# UNITED STATES DISTRICT COURT
for the
District of Arizona

_____ Division

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐
DEC 1 5 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | |
|---|---|
| Gregory P. LaPorta<br>(former Las Vegas Public Radio Inc./KIOF President & CEO)<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>see attached<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **CV25-08266-PCT-SHD**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✔ Yes ☐ No<br><br><br><br>THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.<br><br>REFERENCE **LRCiv P 5.4**<br>*(Rule Number/Section)* |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Gregory P. LaPorta |
   | Street Address | 3661 N Miller St. |
   | City and County | Kingman / Mohave County |
   | State and Zip Code | Arizona / 86409 |
   | Telephone Number | (888) 570-1636 |
   | E-mail Address | Gregory.LaPorta@portsonic.net |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Corporation for Public Broadcasting
- Job or Title (if known):
- Street Address: 401 9th Street, NW
- City and County:
- State and Zip Code: Washington, DC 20004-2129
- Telephone Number: (202) 879-9600
- E-mail Address (if known):

Defendant No. 2
- Name: U.S. Small Business Administration
- Job or Title (if known):
- Street Address: 409 3rd St., SW
- City and County:
- State and Zip Code: Washington, DC 20416
- Telephone Number: (800) 827-5722
- E-mail Address (if known):

Defendant No. 3
- Name: National Public Radio
- Job or Title (if known):
- Street Address: 1111 North Capitol Street NE
- City and County:
- State and Zip Code: Washington, DC 20002
- Telephone Number: (202) 513-2000
- E-mail Address (if known):

Defendant No. 4
- Name: State of Nevada
- Job or Title (if known):
- Street Address: 100 North Carson Street
- City and County: Carson City / Carson City/County
- State and Zip Code: Nevada / 89701
- Telephone Number: (775) 684-1100
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S. Code § 241 - Conspiracy against rights.
18 U.S. Code Chapter 96 - Racketeer influenced and corrupt organizations.
42 U.S. Code § 1983 - Civil action for deprivation of rights.
1st Amendment, 5th Amendment, 14th Amendment and the Supremacy Clause (Article VI, Clause 2) of the U.S. Constitution.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See additional pages as Claim No. 1 does not fit in this area.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks all monetary damages as stated through default judgment including any other punitive damages the court wishes to award as stated in this complaint through default judgment and/or jury by trial. Plaintiff seeks full re-reinstatement of the former organization's 48,000 Watt construction permit issued by the Federal Communications Commission (FCC) which expired by July 9, 2025 to restore the Las Vegas Public Radio brand after being damaged. Plaintiff asks court to adjoin this reinstatement of the 48,000 Watt construction permit issued by the Federal

Communications Commission on July 9, 2022 at FCC Facility ID: 766038 to include the FCC-00-19A1 Report and Order released on January 27, 2000 (https://docs.fcc.gov/public/attachments/FCC-00-19A1.pdf) on page 10 of 124 of the PDF document at footnote 33 stating, "...The latter can convert from NCE status to commercial status at will by filing a notification letter with the Commission". Plaintiff asks the court to seal criminal court case number 24-028125 on the false DUI and/or drug charges in the Las Vegas Municipal Court which was closed by the City Attorney on September 26, 2024.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/10/2025

Signature of Plaintiff: *M. P-L*

Printed Name of Plaintiff: Gregory P. LaPorta

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendants being sued:

Corporation for Public Broadcasting
U.S. Small Business Administration
National Public Radio
State of Nevada
Clark County, Nevada
Las Vegas Metropolitan Police Department

**I. B. Additional Defendant(s)**

Defendant No. 5

Clark County, Nevada
500 S. Grand Central Pkwy.
Las Vegas / Clark County
Nevada / 89155
(702) 455-0000

Defendant No. 6

Las Vegas Metropolitan Police Department
110 N. City Parkway, Suite 420
Las Vegas / Clark County
Nevada / 89106
(702) 444-0563

## III. Statement of Claim

Claim No.1

Defendant, Corporation for Public Broadcasting (CPB), stewards of federal tax payer dollars continually excluded and blocked plaintiff, acting in his official capacity as the former Las Vegas Public Radio Inc./KIOF president & CEO being a new applicant to defendant's Radio Community Service Grant (Radio CSG) program in 2016, 2017, 2018, 2019 and again by May 14, 2025 even after waivers including full waivers were sought. The former organization, Las Vegas Public Radio Inc./KIOF previously sued defendant in the U.S. District Court for the District of Columbia on case: 1:17-cv-02113 on October 10, 2017. Defendant had only been serving KNPR ($5,654,351), KUNR ($2,267,386), KCEP ($1,445,302) and KUNV ($179,746) for the State of Nevada with federal tax payer dollars and failed to include and serve former Las Vegas Public Radio Inc./KIOF ($0.00), causing the loss of the organization's 48,000 Watt FM construction permit as authorized/issued by the Federal Communications Commission on June 9, 2022 through transition. Plaintiff seeks $5,288,000 on former organization's United States Department of Justice Form 95 claim filing dated January 9, 2024 which was never responded to by the United States Department of Justice.

Claim No. 2

Defendant, U.S. Small Business Administration (SBA) denied a critical request to return 2020 COVID-19 funds on October 18, 2022 previously returned to defendant in June 2020. Defendant failed to re-serve the former Las Vegas Public Radio Inc./KIOF, causing the loss of the organization's 48,000 Watt FM construction permit as authorized/issued by the Federal Communications Commission on June 9, 2022 through transition. Plaintiff seeks $1,095,200 on former organization's United States Department of Justice Form 95 claim filing dated January 16, 2024 which was never responded to by the United States Department of Justice.

Claim No. 3

Defendant, National Public Radio (NPR), through it's Nevada NPR member station attorney(s) of Nevada Public Radio/KNPR being the largest recipient of Corporation for Public Broadcasting (CPB) Radio Community Service Grant (Radio CSG) federal tax payer funding in the State of Nevada threatened plaintiff at his residence on March 5, 2013 because it did not want the Las Vegas Public Radio brand name used because it would cause "confusion" The plaintiff and the former Las Vegas Public Radio/KIOF began broadcasting on the terrestrial FM airwaves on February 1, 2016 as licensed by the Federal Communications Commission (FCC). Plaintiff seeks a claw back of federal tax payer funds awarded to National Public Radio for it's Nevada NPR member station, Nevada Public Radio/KNPR through the Corporation for Public Broadcasting (CPB) for fiscal years 2017-2022 for $2,968,331.

Claim No. 4

Defendant, State of Nevada, through it's Nevada Department of Education denied former Las Vegas Public Radio Inc./KIOF all budgetary requests as seen on October 17, 2022 through the State of Nevada's Public Broadcasting System (PBS) grant program causing the loss of the organization's 48,000 Watt FM construction permit as authorized/issued by the Federal Communications Commission on June 9, 2022 through transition.  Plaintiff seeks $2,000,000 on State of Nevada Attorney General's Tort claim filing dated February 3, 2024.

Claim No. 5

Clark County, Nevada District Attorney's Office, while plaintiff was working within the agency, ordered plaintiff's company, the former Las Vegas Public Radio Inc./KIOF to close down on May 20, 2020 at the beginning of the COVID-19 Pandemic.  Plaintiff did not comply with Clark County, Nevada District Attorney's Office order and voluntarily resigned and walked out of the office to ensure former Las Vegas Public Radio Inc./KIOF stayed on the air during the COVID-19 Pandemic to continue getting as much information as possible out to the general public relating to the pandemic.  Defendant's actions with county's COVID-19 vaccine requirements to return to work in the county office building with complying with State of Nevada COVID-19 mandates cost plaintiff lost wages and reputation and status in society after almost 13 years of service to the citizens of southern Nevada.  Damages are calculated using plaintiff's average office salary of $60,000 multiplied by 13 years or $780,000.

Claim No. 6

Las Vegas Metropolitan Police Department arrested plaintiff on June 9, 2024 under a false DUI/drug arrest to create criminal charges against plaintiff after throwing plaintiff in prison causing undue stress and harm to plaintiff's name and standing in society including former Las Vegas Public Radio Inc./KIOF staff who were unable to locate plaintiff for a period of time while plaintiff was sitting in jail on false DUI/drug criminal charges.  Plaintiff seeks $500,000 on former organization's letter to defendant on October 8, 2024 while plaintiff was still acting in his official capacity of serving "We, The People" which plaintiff intended to donate back to the organization to continue serving, "We, The People".