# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | Gregory P. LaPorta , (former Las Vegas Public Radio Inc./KIOF President & CEO); | **Defendant(s):** | Corporation for Public Broadcasting , ; U.S. Small Business Administration , ; National Public Radio , ; State of Nevada , ; Clark County, Nevada , ; Las Vegas Metropolitan Police Department , ; |

County of Residence: Mohave

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Mohave

Plaintiff's Atty(s):

Defendant's Atty(s):

,

,

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:- 1 Citizen of This State

Defendant:- 2 Citizen of Another State

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 440 Other Civil Rights

**VI. Cause of Action:** 18 U.S. Code § 241 - Conspiracy against rights. 18 U.S. Code Chapter 96 - Racketeer influenced and corrupt organizations. 42 U.S. Code § 1983 - Civil action for deprivation of rights. 1st Amendment, 5th Amendment, 14th Amendment and the Supremacy Clause (Article VI, Clause 2) of the U.S. Constitution. Plaintiff, acting as President & CEO of the former Las Vegas Public Radio Inc./KIOF was forced to close down Las Vegas Public Radio Inc./KIOF by January 20, 2025 and go out of business as a public broadcaster serving "We, The People" due to media bias, intimidation and harassment by stated defendants and other government officials. Plaintiff, acting in his official capacity was forced to forfeit the organization's 48,000 Watt FM construction permit for Indian Spring, Nevada as authorized/issued by the Federal Communications Commission (FCC) on June 9, 2022 and return to the Commission shortly after January 20, 2025 which has now silenced access to southern Nevada and tri-state residents with access to the terrestrial FM airwaves. Plaintiff, acting in his official capacity and the former Las Vegas Public Radio Inc./KIOF staffers published media bias, intimidation and harassment by defendants and government officials within the State of Nevada at the Federal Communications Commission (FCC) in various filings including document attachments in FCC Facility ID: 190166 & FCC Facility ID: 766038 which have been made available to the general public for inspection.

**VII. Requested in Complaint**

Class Action: No

Dollar Demand: $12,631,531

Jury Demand: Yes

**VIII. This case is not related to another case.**

Signature: /Pro-Se Gregory P. LaPorta/

Date: December 10, 2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014