




Retail
U.S. POSTAGE PAID
PM
KINGMAN, AZ 86401
DEC 10, 2025
85003
$21.60
RDC 03
S2322M500359-23

9589 0710 5270 2513 2312 20

**FROM:**
Gregory P. LaPorta
3661 N. Miller St.
Kingman, AZ 86409

RECEIVED
DEC 15 2025
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**TO:**
United States District Court
District of Arizona · Phoenix Division
401 W. Washington St.
Sandra Day O'Connor SPC 1
US Courthouse,
Phoenix, AZ 85003-2118

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2